## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**  Case No. 07-cr-124-PB

**Stanley Amos**

### O R D E R

The defendant, through counsel, has moved to continue the August 21, 2007 trial in the above case, citing the need for additional time to schedule a plea hearing.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 1007 to October 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

August 20, 2007

cc:   Jessica Brown, Esq.
      Arnold Huftalen, AUSA
      United States Probation
      United States Marshal